1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

JOHN AUBRY TURNER,

CASE NO. 3:14-cv-1966-GPC-NLS

11

Petitioner,

12

v.

13

KIM HOLLAND, Warden, California
Correctional Institute,

14

15

Respondent.

**ORDER DENYING PETITIONER's
REQUEST FOR INJUNCTIVE
RELIEF PREVENTING
TRANSFER TO ANOTHER
FACILITY**

16     Petitioner John Aubry Turner ("Petitioner") proceeds pro se in this habeas corpus

17 matter pursuant to 28 U.S.C. § 2254. On October 14, 2014, Petitioner filed a letter

18 stating that "if transfer from this facility is allowable during these procedures,

19 [Petitioner] would request a Court Order prohibiting transfer from this facility prior to

20 the Courts decision." (ECF No. 10.) The Court construes this language as a motion for

21 preliminary injunctive relief preventing Petitioner's transfer to another correctional

22 facility.

23     As an initial matter, it is unclear whether injunctive relief is available to a

24 petitioner proceeding under § 2254. See Adame v. Salazar, No. 08-cv-2844-JFW-RZ,

25 2008 WL 2019599, (C.D. Cal. May 6, 2008); see also Case v. Miller-Stout, No. 12-cv-

26 0187-MJP-MAT, 2013 WL 104835 (W.D. Wash. Jan. 7, 2013). Even if injunctive

27 relief were available, petitioner has failed to establish that he meets the four necessary

28 elements required to obtain such relief. See M.R. v. Dreyfus, F.3d 1100, 1108 (9th Cir.

- 1 -                                     3:14-cv-1966-GPC-NLS

1  2011) ("A preliminary injunction is proper if there is a likelihood of irreparable injury

2  to plaintiff; there are serious questions going to the merits; the balance of hardships tips

3  sharply in favor of the plaintiff; and the injunction is in the public interest.") (citation

4  omitted). Accordingly, Plaintiff's motion for injunctive relief is **DENIED** without

5  prejudice.

6         IT IS SO ORDERED.

7  DATED:  October 29, 2014

8

9                                    HON. GONZALO P. CURIEL

10                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28